UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONNIE GRAHAM,

                       Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                       Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 2231 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 7, 2005, denying the defendant's motion for judgment on the pleadings; granting plaintiff's cross-motion for judgment on the pleadings; and remanding the case to the Commissioner for further proceedings consistent with the Court's Opinion and Order dated June 6, 2005; it is

ORDERED and ADJUDGED that judgment is hereby denying the defendant's motion for judgment on the pleadings; that plaintiff's cross-motion for judgment on the pleadings is granted; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Opinion and Order dated June 6, 2005.

Dated: Brooklyn, New York
        June 07, 2005

                                               ROBERT C. HEINEMANN
                                               Clerk of Court